## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**MIA TUCKER**                                                                **PLAINTIFF**

**v.**                                **Case No. 3:26-cv-00042-KGB**

**KEVIN MCCLANAHAN**                                                          **DEFENDANT**

### JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Mia Tucker's complaint is dismissed without prejudice.  The relief sought is denied.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken in this action is considered frivolous and not in good faith.

It is so adjudged this 12th day of June, 2026.

Kristine G. Baker
Chief United States District Judge